UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-176-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LAFIAMMA DEONTE DIBOH | |

This matter is before the Court on an unopposed Motion by the Office of the Federal Public Defender to lift the stay entered on November 15, 2017 [DE-38], set a deadline for the government's response to the motions pending at DE-34 and DE-35, and continue the arraignment and trial. For good cause shown, the motion is GRANTED.

It is hereby ORDERED that the government's responses to defendant's pending motions shall be due on **December 12, 2017**. Arraignment and trial in this matter shall be continued to be reset no sooner than 30 days after the Court's ruling on the pending motion to suppress [DE-34] and motion to dismiss [DE-35].

The Court has determined that the ends of justice outweigh the interests of the defendant and the public in a speedy trial. Any delay occasioned by the continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This 17th day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge